Dear Mr. Acosta     Tuesday 22, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 24 2015
Abel Acosta, Clerk

Thank you again Sir for your time Sir i know you've probably seen from all kinds of Complaints everyday ones like mine i pray i find you in good spirits, and in good health as well in good cheers Sir.

Now Abel what would i like to let you know is i recently got a letter from The Texas State Law Library, and from what they tell me is that now i have to request For my Trial Records from The 2nd Court of Appeals or from my Court From The Tarrant County but my question to you Sir is once i receive these documents would i be abel to Continue my P.D.R Process or would i be able to go with a llother Procedure would you kindly please advice me on what will i be able to do once i receive my Trial Records and of Ceerse i would let you know as soon as i receive them. Ok Sir that's it for now, and i hope and pray that i dont have to wait any longer for these Records and also i've also send a Grievance to the Bar of Texas For my ineffective assistance on my Attorney for his failure to provide me with his profession help I would like to throw Where it says Lawyers Duties to clients on Number 4 Counsel will be faithful to their Clients lawful objections, while mindful of their concurrent duties to the leagal System, and the public good, And #8 Counsel will keep clients informed, and involved in decisions, and will promptly respond to inquires. In which it never happen in my case.

Well Mr. Acosta Thank you again Very Very Much Sir i pray that my Case will get beel on Track Sir your assistance in this matter is very gratefully Appreciated Sir Thank you

And God Bless us all

Respectfully Submitted

Robert Ramirez Please